NO. 07-02-0106-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 17, 2003

_____

RUDY MORENO, AND XAVIER HERNANDEZ,
D/B/A MONTEREY AUTO SALES, APPELLANTS

V.

DAMON RAY DEATHERAGE, APPELLEE

_____

FROM THE COUNTY COURT AT LAW #2 OF POTTER COUNTY;

NO. 88,868-2; HONORABLE PAMELA C. SIRMON, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

<u>MEMORANDUM OPINION</u>

Appellants Rudy Moreno and Xavier Hernandez, d/b/a Monterey Auto Sales, and

appellee, Damon Ray Deatherage filed a Joint Motion to Vacate Default Judgment and

Dismiss Appeal on February 24, 2003.

Without passing on the merits of the case, the parties' joint motion is granted to the extent that the trial court's judgment is reversed. The case is remanded to the trial court for further proceedings. TEX. R. APP. P. 42.1(a)(1)

Phil Johnson
Chief Justice

2